Index # 20184144

State of New York,
City and County of Saratoga,
ss.;

Randall W. Lewis of the City of Schenectady, being duly sworn, says that he is Principal Clerk in the office of the The Daily Gazette, Co. Inc. published in the City of Schenectady and that the notice/ advertisement, of which the annexed is a printed copy, has been regularly published in The Daily Gazette as follows:

2 insertion(s):
January 13, 2023 January 20, 2023

____________________________ (signature)

Randall W. Lewis (printed name)

NOTARY PUBLIC
Sworn to me on this 20th day of January 2023

Heather E Walker
NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01WA6422732
Qualified in Schenectady County
Commission Expires 09/27/2025

FILED
2023 JAN 30 PM 3:59
SARATOGA COUNTY
CLERK'S OFFICE
BALLSTON SPA, NY

January 13, 2023

THE DAILY GAZETTE
www.dailygazette.com
When Credibility Matters
SAFE. SECURE. RESULTS.
518-382-1100 ○ CLASSIFIED@DAILYGAZETTE.NET

Legals Legals Legals Legals Legals Legals Legals Legals

STATE OF NEW YORK
COUNTY COURT SARATOGA COUNTY

PRESENT: HON. JAMES A. MURPHY III
COUNTY COURT JUDGE

IN THE MATTER OF THE FORECLOSURE OF 2018 TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE NEW YORK STATE REAL PROPERTY TAX LAW BY SARATOGA COUNTY

ORDER TO SHOW CAUSE
FOR A JUDGMENT
PURSUANT TO RPTL
RPTL § 1136
Index No. 20184144
RJI No. 45-0-2022-0005

UPON reading and filing the Affidavit of ANDREW B. JAROSH, Saratoga County Tax Enforcement Officer, duly sworn to on December 15, 2022, its annexed exhibits including Affidavits of Mailing, Posting, and Publication, and all prior proceedings herein,

LET ALL OWNERS, CREDITORS, PERSONS OR ENTITIES HAVING ANY INTEREST IN THE PARCELS remaining unredeemed from the List of Delinquent Taxes for the tax year 2018 duly filed in the Office of the County Clerk of Saratoga County on December 20, 2018, under Index #20184144, and which have not filed or served an Answer or otherwise appeared in the above In Rem Tax Foreclosure Proceeding SHOW CAUSE BEFORE THIS COURT, at a term hereof, to be heard in and for the County of Saratoga at the Saratoga County Courthouse, 30 McMaster Street, Ballston Spa, New York, on February 10, 2023 at 2:30 PM in the afternoon thereof, or as soon thereafter as counsel may be heard, why an Order and Judgment should not be granted by default in favor of the County of Saratoga pursuant to Real Property Tax Law (RPTL) Section 1136 foreclosing the tax liens on a certain parcel of real property more particularly listed on the annexed pages and granting relief as follows:

1. Determining the tax liens on said properties to be valid, binding, subsisting and enforceable tax liens and first liens upon said parcel; and

2. Granting Judgment of Foreclosure of the said tax liens on said parcels; and

3. Awarding to the County of Saratoga possession of and title to said parcels; and

4. Directing the Tax Enforcement Officer to prepare, execute and deliver a Deed or Deeds conveying the said parcels to the County of Saratoga; and

5. Declaring the County of Saratoga to be seized of an estate in fee simple absolute in said parcels; and

6. Declaring that all persons including the State of New York, infants, incompetents, absentees, and non-residents, who may have had any right, title, interest, claim, lien or equity of redemption in or to such parcels to be forever barred and foreclosed of all such right, title or interest, claim, lien or equity of redemption; and

7. Directing that as to any property repurchased by a former owner from the County of Saratoga after the County acquires title to the property, all prior liens and interests foreclosed upon pursuant to any Judgment of Foreclosure granted herein shall be reinstated as of the date title to the property is reacquired by the former owner; and for

8. Such other and further relief as the Court deems just and proper; and

SUFFICIENT REASON appearing therefor, let service by publication of this Order and the annexed list in The Daily Gazette and The Saratogian ...

such parcels to be forever barred and foreclosed of all such right, title or interest, claim, lien or equity of redemption; and ... who may have had any right, title, interest, claim, lien or equity of redemption in or to

7. Directing that as to any property repurchased by a former owner from the County of Saratoga after the County acquires title to the property, all prior liens and interests foreclosed upon pursuant to any Judgment of Foreclosure granted herein shall be reinstated as of the date title to the property is reacquired by the former owner; and for

8. Such other and further relief as the Court deems just and proper; and

SUFFICIENT REASON appearing therefor, let service by publication of this Order and the annexed list in The Daily Gazette and The Saratogian at least twice on or before February 3, 2023 be deemed good and sufficient service.

Dated: January 5, 2023

ENTER

HON. JAMES A. MURPHY III
County Court Judge

**EXHIBIT L**
**DATE: 12/15/22**

**SARATOGA COUNTY JUDGMENT LISTING**
**2018 DELINQUENT TAXES**

**INDEX NO.: 20184144**

| SWIS | MAP NUMBER | LIEN# | OWNER1/OWNER2 |
|---|---|---|---|
| **CLIFTON PARK** | | | |
| 412400 | 288.7-2-6 | 156 | B & A DEVELOPMENT LLC |
| 412400 | 288.7-2-99 | 157 | B & A DEVELOPMENT LLC |
| 412400 | 289.-1-21.11 | 163 | J DAVID MICHAELS |
| 412400 | 289.-1-21.11 | 163 | MICHAELS JAMES W |
| 412400 | 289.-1-21.11 | 163 | MICHAELS GROUP |
| 412400 | 289.-1-21.11 | 163 | ROSEN JOSEPH I |
| 412400 | 289.-1-21.11 | 163 | ROSEN MICHAELS INC |
| **CORINTH** | | | |
| 412689 | 59.-1-31.2 | 186 | ROSSER JO |
| 412689 | 59.-2-52 | 188 | MURPHY DOUGLAS |
| 412601 | 73.25-1-35 | 202 | BURDICK KELLIE J |
| 412601 | 73.25-1-35 | 202 | BURDICK KENNETH E |
| 412601 | 73.25-1-35 | 202 | KENNETH E BURDICK JR T/A KENS GARAGE |
| **DAY** | | | |
| 412800 | 31.11-1-79 | 292 | MCCORMACK ANNETTE |
| 412800 | 31.11-1-79 | 292 | MCCORMACK JOHN |
| 412800 | 42.12-3-17 | 316 | MARBURGER JULIE AKA DIFAZIO JULIE LYNNE |
| 412800 | 42.12-3-17 | 316 | SCHMEISER MYRNA |
| **EDINBURG** | | | |
| 413000 | 94.-1-25 | 380 | EDWARDS CYNTHIA |
| 413000 | 94.-1-25 | 380 | EDWARDS MICHAEL D |
| **GALWAY** | | | |
| 413289 | 212.-1-25 | 423 | EGAN WILLIAM J |
| 413289 | 212.-1-25 | 423 | STANISIEWSKI MARGARET M |
| **GREENFIELD** | | | |
| 413400 | 124.-2-28 | 441 | BOEGE JEAN A |
| 413400 | 124.-2-28 | 441 | MECHAM DORIS ANNE |
| 413400 | 124.-2-28 | 441 | PIKE DORIS W |
| 413400 | 124.-2-28 | 441 | PIKE SHERRIE |
| 413400 | 126.-1-61.1 | 458 | JOHNSON DONNA J |
| 413400 | 126.-1-61.1 | 458 | JOHNSON DONNA J |
| 413400 | 126.-1-61.1 | 458 | JOHNSON DONNA J AKA J DONNA FEESER |
| 413400 | 162.-1-27 | 509 | WASON ANGELA |
| 413400 | 162.-1-27 | 509 | WASON CHRISTOPHER |
| 413400 | 162.8-1-18 | 516 | JONES LEROY P ATTN: PEARL JONES |
| **HADLEY** | | | |
| [illegible] | [illegible] | [illegible] | |

| SWIS | MAP NUMBER | LIEN# | OWNER1/OWNER2 |
|---|---|---|---|
| 413800 | 284.-3-7 | 653 | ESTATE OF ERIC SHAWN HOELTZEL |
| 413800 | 284.-3-7 | 653 | HOELTZEL ERIC SHAWN |
| **MALTA** | | | |
| 414089 | 240.17-1-18 | 835 | COUNTRY CLUB ACRES INC |
| **MILTON** | | | |
| 414289 | 175.12-1-10.2 | 866 | MARKS WALTER |
| 414289 | 175.12-1-10.2 | 866 | MTGLQ INVESTORS LP |
| 414289 | 175.12-1-10.2 | 866 | MTGLQ INVESTORS LP |
| 414289 | 176.-2-4.4 | 870 | STEELE ALICE |
| 414289 | 176.-2-4.4 | 870 | STEELE LEE |
| 414201 | 203.72-3-14 | 956 | CHARD JOHN H |
| 414201 | 216.24-1-33 | 966 | VITIELLO AUGUSTINE A |
| **NORTHUMBERLAND** | | | |
| 414600 | 116.7-1-13 | 1066 | DEFOE LILLIAN E ESTATE |
| 414600 | 116.7-1-13 | 1066 | DEFOE LILLIAN E ESTATE |
| 414600 | 144.3-1-12 | 1097 | ROSA LEONARD D |
| **PROVIDENCE** | | | |
| 414800 | 119.11-2-32 | 1102 | SPIAK JOHN |
| 414800 | 160.-2-4.1 | 1140 | ROBERTS DARLYN G |
| 414800 | 160.-2-4.1 | 1140 | ROSECRANS BRYAN D |
| **SARATOGA/VILLAGE SCHUYLERVILLE** | | | |
| 415001 | 157.13-1-39 | 1157 | LEWITINN DANIEL |
| 415089 | 169.-1-59 | 1168 | HESS KAREN GAYLE REV TRUST KAREN GAYLE HESS TRUSTEE |
| 415003 | 170.37-2-3 | 1177 | WHITE ALICE |
| 415003 | 170.37-2-3 | 1177 | WHITE ALICE |
| 415003 | 170.37-2-3 | 1177 | WHITE ANTHONY J |
| 415003 | 170.37-2-3 | 1177 | WHITE ANTHONY J |
| 415089 | 170.38-1-16 | 1180 | SARRO TERRENCE L SR |
| 415089 | 170.38-1-16 | 1180 | SARRO TERRENCE L SR |
| 415089 | 170.38-1-16 | 1180 | WADSWORTH MARK |
| **STILLWATER** | | | |
| 415289 | 232.-1-52 | 1240 | MARSHALL THOMAS J |
| 415289 | 243.-1-30 | 1247 | EDDY CANDIS J |
| 415289 | 243.-1-30 | 1247 | WHITNEY ALLISON |
| 415289 | 243.-1-30 | 1247 | WHITNEY MARK |
| 415289 | 252.-2-4 | 1326 | MINICK JEFFREY G ESTATE SHARON A MINICK ADMIN |
| **WATERFORD** | | | |
| 415489 | 291.-1-20 | [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| **GREENFIELD** | | | |
| 413400 | 124.-2-28 | 441 | BOEGE JEAN A |
| 413400 | 124.-2-28 | 441 | MECHAM DORIS ANNE |
| 413400 | 124.-2-28 | 441 | PIKE DORIS W |
| 413400 | 124.-2-28 | 441 | PIKE SHERRIE |
| 413400 | 126.-1-61.1 | 458 | JOHNSON DONNA J |
| 413400 | 126.-1-61.1 | 458 | JOHNSON DONNA J |
| 413400 | 126.-1-61.1 | 458 | JOHNSON DONNA J |
| | | | AKA J DONNA FEESER |
| 413400 | 162.-1-27 | 509 | WASON ANGELA |
| 413400 | 162.-1-27 | 509 | WASON CHRISTOPHER |
| 413400 | 162.8-1-18 | 516 | JONES LEROY P |
| | | | ATTN: PEARL JONES |
| **HADLEY** | | | |
| 413600 | 18.-2-11 | 529 | LENT KIMBERLY S NKA WYMAN |
| 413600 | 18.-2-11 | 529 | WYMAN WILFRED W |
| 413600 | 35.12-1-1.12 | 567 | HESLIN JAMES M |
| **HALFMOON** | | | |
| 413800 | 267.-2-13 | 608 | W W PATENAUDE SONS INC |
| 413800 | 280.-1-22.1 | 648 | ANNA KURYLKA SHEVCHIK T INC |
| 413800 | 280.-1-22.1 | 648 | ANNA KURYLKA SHEVCHIK T INC |
| 413800 | 280.-1-22.1 | 648 | ANNA KURYLKA SHEVCHIK T INC |
| 413800 | 280.-1-22.1 | 648 | ANNA KURYLKA SHEVCHIK T INC |
| 413800 | 284.-3-7 | 653 | CLARK VIOLA |

| | | | |
|---|---|---|---|
| 415003 | 170.37-2-3 | 1177 | WHITE ANTHONY J |
| 415003 | 170.37-2-3 | 1177 | WHITE ANTHONY J |
| 415089 | 170.38-1-16 | 1180 | SARRO TERRENCE L SR |
| 415089 | 170.38-1-16 | 1180 | SARRO TERRENCE L SR |
| 415089 | 170.38-1-16 | 1180 | WADSWORTH MARK |
| **STILLWATER** | | | |
| 415289 | 232.-1-52 | 1240 | MARSHALL THOMAS J |
| 415289 | 243.-1-30 | 1247 | EDDY CANDIS J |
| 415289 | 243.-1-30 | 1247 | WHITNEY ALLISON |
| 415289 | 243.-1-30 | 1247 | WHITNEY MARK |
| 415289 | 252.-2-4 | 1326 | MINICK JEFFREY G ESTATE |
| | | | SHARON A MINICK ADMIN |
| **WATERFORD** | | | |
| 415489 | 291.-1-20 | 1394 | PARKER JUDITH A |
| 415489 | 291.-1-20 | 1394 | PARKER JUDITH A |
| 415489 | 291.-1-20 | 1394 | PARKER THOMAS F |
| **WILTON** | | | |
| 415600 | 140.-1-31 | 1506 | TIRELLI GLORIA T |
| 415600 | 140.-1-31 | 1506 | TIRELLI WILLIAM J |
| 415600 | 141.-2-83 | 1529 | AROUND THE HORN BASEBALL LLC |
| 415600 | 141.-2-83 | 1529 | AROUND THE HORN BASEBALL LLC |
| 415600 | 154.-2-15.7 | 1547 | UNION MODULAR HOMES LLC |
| 415600 | 154.-2-15.7 | 1547 | VAN VEGHTEN CONSTRUCTION |
| 415600 | 154.-2-15.7 | 1547 | VAN VEGHTEN SHAWN |

## Legals

**ce of formation of** ST NYC HO- LLC. Articles with NY DOS 2/08/2022. Office location: ALBA- County, DOS is ignated as agent n whom process be served. DOS l mail service of ess to REGIS- ED AGENTS INC. 18 BROADWAY R ALBANY, NY 7. REGISTERED NTS INC. is designated as agent for at 418 BROAD- STE R ALBANY, 2207. Company is nized for any law- urpose. ,16,23,30;1/6,13 317

**Bedford Retail** Filed with SSNY 12/16/2022. Office: ny County. SSNY ignated as agent for cess & shall mail to: Washington Ave Ste Albany NY 12260. pose: any lawful 13,20,27;2/3,10 2483632

## Legals

**133-135 Roe LLC.** Filed with SSNY on 12/16/2022. Office: Albany County. SSNY designated as agent for process & shall mail to: 99 Washington Ave Ste 1008 Albany NY 12260. Purpose: any lawful 1/6,13,20,27;2/3,10 2483573

**1682 STILLWELL OWNER LLC Articles of Org. filed** NY Sec. of State (SSNY) 1/5/22. Office in Albany Co. SSNY desig. agent of LLC whom process may be served. SSNY shall mail process to 88 Pine St., Ste. 503, NY, NY 10005, which is also the principal business location. Purpose: Any lawful purpose. 12/9,16,23,30;1/6,13 2481318

**1682 STILLWELL TENANT LLC Articles of Org. filed** NY Sec. of State (SSNY) 1/5/22. Office in Albany Co. SSNY desig. agent of LLC whom process may be served. SSNY shall mail process to 88 Pine St., Ste. 503, NY, NY 10005, which is also the principal business location. Purpose: Any lawful purpose. 12/9,16,23,30;1/6,13 2481321

## Legals

**Notice of formation of** 2 E. DILLENBECK LLC. Articles of Org. filed with NY Dept. of State (DOS) on 12-28-2022. Office location: Albany County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to 80 MATHER AVE, SCHENECTADY, NY, UNITED STATES, 12304. Company is organized for any lawful purpose. 12/30;1/6,13,20,27;2/3 2482924

**3805 Property LLC.** Filed with SSNY on 12/14/2022. Office: Albany County. SSNY designated as agent for process & shall mail to: 99 Washington Ave Ste 1008 Albany NY 12260. Purpose: any lawful 1/6,13,20,27;2/3,10 2483729

**43 West 75th NY NY LLC.** Filed with SSNY on 12/13/2022. Office: Albany County. SSNY designated as agent for process & shall mail to: 99 Washington Ave Ste 1008 Albany NY 12260. Purpose: any lawful 1/6,13,20,27;2/3,10 2483751

## Legals

**Notice of formation of** 414 BENEDICT AVE LLC. Articles filed with NY DOS on 01/05/2023. Office location: ALBANY County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to NORTHWEST REGISTERED AGENT LLC at 418 BROADWAY STE N ALBANY, NY 12207. NORTHWEST REGISTERED AGENT LLC is designated as agent for SOP at 418 BROADWAY STE N ALBANY, NY 12207. Company is organized for any lawful purpose. 6691037 1/13,20,27;2/3,10,17 2484548

**Notice of formation of** 51 FULLER LLC. Articles of Org. filed with NY Dept. of State (DOS) on 12-28-2022. Office location: Albany County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to 80 MATHER AVE, SCHENECTADY, NY, UNITED STATES, 12304. Company is organized for any lawful purpose. 12/30;1/6,13,20,27;2/3 2482926

## Legals

**Notice of formation of** 5 STORY LLC. Articles filed with NY DOS on 12/27/2022. Office location: ALBANY County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to NORTHWEST REGISTERED AGENT LLC at 90 STATE STREET SUITE 700 OFFICE 40 ALBANY, NY 12207. NORTHWEST REGISTERED AGENT LLC is designated as agent for SOP at 90 STATE STREET SUITE 700 OFFICE 40 ALBANY,NY 12207. Company is organized for any lawful purpose. 6676546 12/30;1/6,13,20,27;2/3 2482861

**944 Realty Holdings LLC.** Filed with SSNY on 12/19/2022. Office: Albany County. SSNY designated as agent for process & shall mail to: 99 Washington Ave Ste 1008 Albany NY 12260. Purpose: any lawful 1/6,13,20,27;2/3,10 2483567

## Legals

**Notice of formation of** 6 N. LLC. Articles of Org. filed with NY Dept. of State (DOS) on 12-28-2022. Office location: Albany County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to 80 MATHER AVE, SCHENECTADY, NY, UNITED STATES, 12304. Company is organized for any lawful purpose. 12/30;1/6,13,20,27;2/3 2482923

**Notice of formation of** 9 PIERCE LLC. Articles of Org. filed with NY Dept. of State (DOS) on 12-28-2022. Office location: Albany County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to 80 MATHER AVE, SCHENECTADY, NY, UNITED STATES, 12304. Company is organized for any lawful purpose. 12/30;1/6,13,20,27;2/3 2482925

## Legals

**Notice of formation of** AGRILUPA LLC. Articles filed with NY DOS on 01/04/2023. Office location: ALBANY County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to REGISTERED AGENTS INC. at 418 BROADWAY STE R ALBANY, NY12207. REGISTERED AGENTS INC. is designated as agent for SOP at 418 BROADWAY STE R ALBANY,NY 12207. Company is organized for any lawful purpose. 6689098 1/6,13,20,27;2/3,10 2483586

**Notice of formation of** ALGORITHM AGENCY LLC. Articles of Org. filed with NY Dept. of State (DOS) on 11-28-2022. Office location: Albany County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to 55 WALDEN FIELDS DR, DELMAR, NY, UNITED STATES, 12054 - 9734. Company is organized for any lawful purpose. 12/16,23,30;1/6,13,20 2481849

## Legals

**Notice of formation of** ALBARAKA SUPPLIES LLC. Articles filed with NY DOS on 09/22/2022. Office location: ALBANY County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to NORTHWEST REGISTERED AGENT LLC at 418 BROADWAY STE N ALBANY, NY 12207. NORTHWEST REGISTERED AGENT LLC is designated as agent for SOP at 418 BROADWAY STE N ALBANY, NY 12207. Company is organized for any lawful purpose. 6595359 1/6,13,20,27;2/3,10 2483594

**Notice of formation of** Assurity Consulting, LLC. Articles of Org. filed with NY Dept. of State (DOS) on 12-01-2022. Office location: Albany County, DOS is designated as agent upon whom process may be served. DOS shall mail service of process to 409 N Broadway, Apt #60, Yonkers, NY, 10701. Company is organized for any lawful purpose. 1/13,20,27;2/3,10,17 2484572

