

April 9, 2024



**VIA FIRST CLASS MAIL**

Hon. Mae A. D'Agostino, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

          **Re:**    *Alice Steele v. Saratoga County, New York*, 1:23-cv-01615
                    *Roger Sitts v. County of Saratoga*, 1:23-cv-01649
                    *Bruce Armer v. County of Montgomery*, 1:24-cv-00259

Dear Judge D'Agostino:

       This firm, along with co-counsel, have brought a class action in the Northern District of New York challenging the New York Real Property Tax Law § 1136 and related local laws which allow for the taxing authority to retain the surplus from tax foreclosure sales. Our case, as well as the above-named cases which are before Your Honor, arise from the U.S. Supreme Court's recent decision in *Tyler v. Hennepin County*, 598 U.S. 631 (2023).

       The purpose of this letter is to advise you that we have filed today a motion with the Multi-District Litigation Panel to transfer for pre-trial purposes all of the 37 cases pending in the four federal districts within the State of New York before Judge Lawrence E. Kahn in the Northern District of New York. The above-named cases are included in the list of cases we are seeking to transfer for pre-trial purposes. Thank you for your consideration of this matter.

                                                Respectfully Submitted,

                                                */s/ George F. Carpinello*
                                                George F. Carpinello

GFC/tjc



$1.39
US POSTAGE
FIRST-CLASS
062S0012276556
FROM 12207



First Class Mail



BSF | BOIES
SCHILLER
FLEXNER

30 SOUTH PEARL STREET • 12TH FLOOR • ALBANY, NY 12207
PH: 518.434.0600 • FX: 518.434.0665
WWW.BSFLLP.COM

Hon. Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207