# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE STEELE, on behalf of herself and on behalf of all others similarly situated, et al<br><br>Plaintiff,<br><br>v.<br><br>SARATOGA COUNTY, NEW YORK, et al,<br><br>Defendants. | Case No.: 1:23-cv-01615MAD/TWD<br><br>**NOTICE OF DISMISSAL OF PARTY PURSUANT TO RULE 41** |

Plaintiffs hereby give notice of dismissal of, and hereby dismiss without prejudice, the State of New York as a defendant in this action.

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: 5/6/2024
       Albany, NY

Respectfully submitted,

/s/ Patrick J. Perotti
_____
Patrick J. Perotti, Esq. (Admitted Pro Hac Vice)
Nicole T. Fiorelli, Esq. (Admitted Pro Hac Vice)
Frank A. Bartela, Esq. (Admitted Pro Hac Vice)
Patrick J. Brickman, Esq. (Admitted Pro Hac Vice)
Shmuel S. Kleinman, Esq. (Admitted Pro Hac Vice)
Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 // (440) 352-3469 Fax
Email: pperotti@dworkenlaw.com
       nfiorelli@dworkenlaw.com
       fbartela@dworkenlaw.com
       pbrickman@dworkenlaw.com
       skleinman@dworkenlaw.com

Ronald P. Friedberg, Esq. (Admitted Pro Hac Vice)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 500
Cleveland, OH 44122
(216) 831-0042 // (216) 831-0542 Fax
Email: rfriedberg@meyersroman.com

Steven E. Cole, Esq. (Bar No. 2697332)
Robert P. Yawman III, Esq. (Bar No. 5195953)

1

>Adams Leclair LLP
>28 East Main Street, Suite 1500
>Rochester, New York 14614
>(585) 327-4200 // (585) 327-4200 Fax
>Email: scole@adamsleclair.law
>          ryawman@adamsleclair.law
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of May, 2024, a copy of the foregoing *Notice of Dismissal of Party Pursuant to Rule 41* was electronically filed using the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

>/s/ Patrick J. Perotti
>Patrick J. Perotti, Esq. (Admitted Pro Hac Vice)
>Dworken & Bernstein Co., L.P.A.
>
>*One of Attorneys for Plaintiffs*