UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALICE STEELE, et al,

        Plaintiffs,

-against-

SARATOGA COUNTY, et al.

        Defendants.

**NOTICE OF APPEARANCE**

Case No.:  1:23-cv-01615 [MAD-TWD]

TO THE CLERK OF THE COURT AND PLAINTIFFS:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Tompkins County, New York and Lisa Holmes, Tompkins County Administrator in this matter and demands notice of all filings.

    PLEASE TAKE FURTHER NOTICE that this appearance is without prejudice and shall not be deemed or construed to be a waiver of any rights Defendants may have including the right to a jury trial, proper service, motion practice, an answer, defenses or any other right.

[ signature page to follow ]

1

Dated: Albany, New York
       July 1, 2024

Respectfully submitted,

ROEMER WALLENS GOLD & MINEUAX LLP
<u>Attorneys for the Defendants</u>

By:   <u>/s/ Earl T. Redding</u>
Earl T. Redding, Esq.
NDNY Bar Roll No.: 514583
Office & P.O. Address:
13 Columbia Circle
Albany, New York 12203
T: 518.464.9589
F: 518.464.1010
E: eredding@rwgmlaw.com

TO:    ECF Filers